**Ronald E. CONLEY, Administrator of the Estate of Corabelle Conley, Deceased, Appellant,**

v.

**Wayne FANTZ and the Delbert L. Hawkins Agency, Inc., Respondents.**

**No. 53357.**

Missouri Court of Appeals, Eastern District, Division Three.

May 31, 1988.

William E. Moench, Clayton, for appellant.

Sanford Goffstein, Michael S. Weinberg, St. Louis, for respondents.

### ORDER

**PER CURIAM:**

Ronald E. Conley, administrator of the estate of Corabelle Conley, deceased, appeals from the judgment of the trial court dismissing appellant's action against respondents based on breach of contract to procure liability insurance. No error of law appears and an extended opinion would be of no precedential value.

The judgment is affirmed pursuant to Rule 84.16(b).